UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In Re:

MORRIS DOUGLAS TILLMAN                    Case No. 14-21241-ABC
XXX-XX-8960

                                          Chapter 13


         Debtor(s)

---

### TRUSTEE'S OBJECTION TO CLAIM

---

NOW COMES Douglas B. Kiel, Chapter 13 Trustee and moves for an Order Disallowing claim .

   The creditor filed a claim which duplicates court claim #13 .

| **Creditor** | **Claim Amount** | **Date Filed** | **Court Claim Number** |
|---|---|---|---|
| WELLS FARGO HOME MORTGAGE | $189,895.95 | 12/24/14 | 14 |

**Wherefore, the Trustee prays for an Order:**

   Disallowing claim #14 in the amount of $189,895.95 .


February 11, 2015                         Respectfully Submitted,

                                          /s/Douglas B. Kiel
                                          DOUGLAS B KIEL CHAPTER 13 TRUSTEE
                                          4725 S MONACO STREET SUITE 120
                                          DENVER, CO 80237
                                          (720)398-4444
                                          FAX: (720)398-4445