**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>MORRIS D. TILLMAN,<br><br>Debtor.<br><br>―――――――――――――――<br>KEY BANK, N.A.,<br><br>Movant,<br><br>v.<br><br>MORRIS D. TILLMAN,<br>DOUGLAS B. KIEL, Chapter 13 Trustee,<br><br>Respondents. | Bankruptcy Case No. 14-21241 TBM<br>Chapter 13 |

_____

### ORDER REGARDING HEARING ON MOTION FOR RELIEF FROM STAY
_____

THIS MATTER comes before the Court on the Unopposed Motion to Continue Preliminary Hearing on Motion for Relief from Automatic Stay (Docket No. 65, the "Motion to Continue") filed by Key Bank, N.A. (the "Movant") on December 7, 2017, and the Court's Order Continuing Hearing on Motion for Relief from Stay (Docket No. 70, the "Court's Order"). The Court having reviewed the Court record and being hereby advised in the premises,

FINDS that the Court's Order did not have the correct document attached. Accordingly, the Court

ORDERS that the hearing on the motion for relief from stay filed by KeyBank, N.A. is scheduled to commence at 9:00 a.m. on **Tuesday, January 23, 2018, at 9:00 a.m.,** in Courtroom E, United States Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202. It is

FURTHER ORDERED that the continued hearing will be conducted in accordance with L.B.R. 4001-1(c).

DATED this 22nd day of January, 2018

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara
United States Bankruptcy Court Judge