**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re: | Bankruptcy Case No. 14-21241 TBM |
| MORRIS D. TILLMAN, | Chapter 13 |
| Debtor. | |
| KEYBANK, N.A., | |
| Movant, | |
| v. | |
| MORRIS D. TILLMAN, | |
| Respondent. | |

___

**ORDER VACATING HEARING**
___

THIS MATTER comes before the Court in connection with the hearing on the Motion for Relief from Stay scheduled to commence on January 23, 2018. Prior to the hearing, a Notice of Withdrawal of Document (Docket No. 74) was filed by Keybank, N.A. The Amended Motion for Relief from Stay (Docket No. 64) having been withdrawn, the Court hereby

ORDERS that the continued hearing on the Amended Motion for Relief from Stay set for Tuesday, January 23, 2018, at 9:00 a.m. is hereby VACATED.

DATED this 22nd day of January, 2018.

BY THE COURT:

_____
Thomas B. McNamara
United States Bankruptcy Judge